UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

YVONNE J. STASSI,

    **Plaintiff,**

v.

USA,

    Defendant.                    No. 15-cv-693-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 19, 2016 (Doc. 18), this case is **DISMISSED** with prejudice.

                                   JUSTINE FLANAGAN,
                                   ACTING CLERK OF COURT

                                   BY:      /s/*Caitlin Fischer*
                                   **Deputy Clerk**

Dated: April 7, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.04.07 12:50:37 -05'00'

APPROVED:
     U. S. DISTRICT JUDGE